# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CRIMINAL CASE NO. 3:95cr15

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>) <br>WILLIAM HENRY POTTS. )<br>)<br>Defendant. )<br>_____) | **O R D E R** |

**THIS MATTER** is before the Court on the Government's Motion for Extension of Time [Doc.94], seeking an additional sixty (60) days within which to respond to the Defendant's Motion for Reduction of Sentence Pursuant to 18 U.S.C. §3582(c)(2) [Doc.92].

Based on the information set out in the Defendant's Motion, it does not appear this Defendant would likely be eligible for imminent release. As a result, in the interests of justice, the extension will be granted so that the United States Attorney's Office can direct its immediate efforts toward those motions by Defendants more likely to be eligible for imminent release.

**IT IS THEREFORE ORDERED**, that the Government's Motion for Extension of Time [Doc.24] is **GRANTED**, in that the Government is allowed through and including June 9, 2008, within which to respond to the Defendant's Motion for Reduction of Sentence in this matter.

Signed: April 15, 2008

Martin Reidinger
United States District Judge