IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

**CRIMINAL CASE NO. 3:95cr15**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | <u>O R D E R</u> |
| ) | |
| WILLIAM HENRY POTTS. ) | |

**THIS MATTER** is before the Court on the Government's Second Motion for Extension of Time [Doc. 100], filed June 9, 2008.

The Government now requests an unopposed additional twenty-one (21) days within which to file its response to Petitioner's motion. The Court finds the request reasonable.

**IT IS, THEREFORE, ORDERED** that the Government's Second Motion for Extension of Time [Doc. 100] is hereby **GRANTED** and the Government's response shall be filed on or before June 30, 2008.

Martin Reidinger
United States District Judge

Signed: June 13, 2008