

**North Carolina Western**
**MEMORANDUM**

**Date:** April 23, 2010

**To:** The Honorable Martin Reidinger
U.S. District Judge

**From:** Clifton E. Johnson, II
U.S. Probation Officer

**Subject:** William Henry Potts
Docket No. 3:95CR15-2
**Out of Country Travel Request**

FILED
CHARLOTTE, NC

APR 3 0 2010

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

---

This is in reference to the above-named individual, who appeared before The Honorable William Osteen in the Western District of North Carolina on 11/03/95 and received a term of 235 months imprisonment followed by 5 years supervised release. He was charged with Conspiracy to Violate Narcotic Laws (Crack) in violation of 21 U.S.C. § 846. Supervised release commenced on 7/20/09.

Since his release, Mr. Potts has been in full compliance of his supervised release conditions. He has attended all scheduled office visits and has not submitted any positive urinalysis while under supervision. At this time, Mr. Potts is requesting to travel for his anniversary to Canada and New England with his wife and in-laws on a 4-night cruise. The ship will depart from New York on June 24, 2010 and return on June 28, 2010. Should Your Honor have any questions concerning this matter, please contact my office at (704) 350-7681.

Approve by: /Keith S. Snyder, II
Keith S. Snyder, II
Supervising U.S. Probation Officer

[✓] Permission to Travel Approved
[ ] Permission to Travel Denied
[ ] Other

4/28/2010
Date    Signature of Judicial Officer