

**Date:** February 29, 2012

**To:** The Honorable Martin Reidinger
U.S. District Court Judge

**From:** Clifton E. Johnson, II
U.S. Probation Officer

**Subject:** William Henry Potts
Docket No. 3:95CR15-2
Out of Country Travel Request

---

This is in reference to the above-named individual, who appeared before The Honorable William Osteen in the Western District of North Carolina on 11/03/95, and received a term of 235 months imprisonment followed by 5 years supervised release. He was charged with Conspiracy to Violate Narcotic Laws (Crack) in violation of 21 U.S.C. § 846. Special conditions: (1) The defendant shall perform 50 hours of community service for each year of supervision and pay the cost of service as approved by the U.S. Probation Officer (150 hours have been completed with 100 hours pending), (2) Special Assessment in the amount of $50.00 (paid in full). Supervised release commenced on 7/20/09.

On 2/23/11, Your Honor signed a modification ordering Mr. Potts to complete 3 months of home detention with location monitoring due to Mr. Potts being arrested in Mecklenburg County on 8/12/10, charged with Driving While Impaired (10CR238729) and Speeding 54 mph in a 35 mph zone (10CR50960). On 3/10/11, in Mecklenburg County District Court, Charlotte, NC, he entered a guilty plea for Driving While Impaired. He was sentenced to 12 months unsupervised probation. The speeding of 54 mph in a 35 mph zone was dismissed by the District Attorney. Also, it should be noted at the time of this modification, Mr. Potts had not completed any community service hours as ordered by U.S. District Judge William Osteen. He completed 150 hours of community service on 5/27/11, and currently has a remaining balance of 100 hours.

At this time, Mr. Pott is requesting to travel with his Mother and Father-in-Law for their 40th Wedding Anniversary to Cozumel, Mexico on March 1, 2012-March 5, 2012. This request to travel out of the country was brought to my attention on February 23, 2012. Considering this is a last minute request, I would not have any problems with Mr. Potts traveling for this special occasion. Should Your Honor have any questions concerning this matter, please contact my

office at (704) 350-7681.

Approved by: _s/Keith S. Snyder, II_____
                 Keith S. Snyder, II
                 Supervising U.S. Probation Officer

[√]Permission to Travel Approved
[ ]Permission to Travel Denied
[ ]Other

2/29/2012                         
Date         Signature of Judicial Officer